# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 16, 2015

### NO. 03-15-00554-CV

**Austin Tele-Services LLC d/b/a Austin Tele-Services LP a/k/a ATS, Appellant**

**v.**

**Futurenet GMBH, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment rendered by the trial court on June 24, 2015. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.